UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALAFIA JONES,<br>    Plaintiff,<br><br>v.<br><br>BELL FARMS MASTER COMMUNITY HOMEOWNERS ASSOCIATION, LENNAR HOMES OF TEXAS SALES AND MARKETING LTD. NUHOME OF TEXAS, INC., MIDLAND MORTGAGE CO., MIDFIRST BANK, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AVT TITLE SERVICES<br>    Defendants. | Civil Action No. 1:17-cv-01083 |

## NOTICE OF REMOVAL

Defendants Midland Mortgage CO. (MMC) and MidFirst ("MidFirst") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively "Defendants") file this Notice of Removal of this action from District Court in the 98th Judicial District, Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division, the District and Division encompassing the place where the state court is located. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331 and 1441(c). In support hereof, Defendants will show:

### A. Introduction

1.   On April 3, 2017, Plaintiff Alfia Jones ("Plaintiff") filed Plaintiff's Original Petition ("Petition") in the 98th Judicial District Court of Travis County, Texas, styled *Alafia Jones v. Bell Farms Master Community Homeowners Association, Lennar Homes of Texas Sales and Marketing LTD, Nuhome of Texas Inc., Midland Mortgage Co., MidFirst Bank, Mortgage*

*Electronic Registration Systems Inc., AVT Title Services, Defendants,* bearing Cause Number D-1-GN-17-001441 (the "State Court Action").

2. Plaintiff generally sued Defendants on the basis Defendants lack standing to foreclose. Plaintiff further alleges causes of action for "fraud in the concealment," "fraud in the inducement," "intentional infliction of emotional distress," "slander of title," "quiet title," "violation of TILA, 15 U.S.C. § 1601, et seq.," "violation of RESPA, 1 U.S.C. § 2601 et seq." [sic], "rescission," "presentment," and "Omnibus Bill."[1] Plaintiff also seeks declaratory judgment and economic and punitive damages of an unspecified amount, attorney's fees, costs as well as seek injunctive relief.[2]

3. Defendants have not been served with process in this lawsuit. Thus, Defendants timely file this notice of removal within the 30-day time dictated by 28 U.S.C. §1446(b).

4. Pursuant to 28 U.S.C. §1446(a), attached hereto as **Exhibit A** and incorporated by reference is a true and correct copy of the entire file of record with the Court in the 98th Judicial District Court of Travis County, Texas, including all process, pleadings, and orders served. Defendant Bell Farms Master Community Homeowners Association obtained an Order on September 21, 2017 severing their claims into a separate lawsuit. A copy of that Order is included in Exhibit A. A list of all counsel of record, including addresses, telephone numbers and all parties represented is attached hereto as **Exhibit B.**

5. Pursuant to 28 U.S.C. §1446(d), this *Notice of Removal* will be filed with the 98th Judicial District Court of Travis County, Texas, and a copy of this Notice will also be served on Plaintiff, a copy of which is attached as **Exhibit C**.

---

[1] *See* Petition ¶¶ 55 through 159, attached as **Exhibit A**.
[2] *Id.* at Prayer for Relief.

6. Defendants file contemporaneously with this Notice a civil cover sheet and a supplemental civil cover sheet and its *Disclosure Statement and Certificate of Interested Parties* that complies with FED. R. CIV. P. 7.1, a copy of which is attached hereto as **Exhibit D**.

## B. Jurisdiction and Venue

7. This is a civil action over which this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331. This State Court Action may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(c), because Plaintiff alleges a cause of action arising under 12 U.S.C. § 2601, et seq. – RESPA and 15 U.S.C. § 1601, et seq. - TILA.

8. Venue is proper in the United States District Court for the Western District of Texas, Austin Division because the State Court Action is pending within this district and division. *See* 28 U.S.C. § 1441(a); *Also see* 28 USC § 124(d)(1).

## C. Basis for Removal

9. The Court has original jurisdiction over the State Court Action under 12 U.S.C. § 1331 because Plaintiff asserts causes of action for violations of RESPA, which is codified as 12 U.S.C. § 2601 and TILA, which is codified as 15 U.S.C. § 1601. Section 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 12 U.S.C. § 1331. Accordingly, Defendants may remove this action to this Court pursuant to 28 U.S.C. § 1441 (c).

10. Pursuant to U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's additional claims because they derive from the same set of facts forming her claims under 12 U.S.C. § 2601 and 15 U.S.C. § 1601.

### D. Conclusion

11. Defendants remove the State Court Action from the 98th Judicial District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division, so that this Court may assume jurisdiction over the cause as provided by law.

Respectfully submitted,

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

  /s/ Crystal Gee Roach
Crystal G. Roach
State Bar No. 24027322
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 340-7901
(972) 341-0734 (Facsimile)
CrystalR@bdfgroup.com

ATTORNEY FOR DEFENDANTS
MIDLAND MORTGAGE CO.,
MIDFIRST BANK AND MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.

### CERTIFICATE OF SERVICE

I certify that a copy of *Notice of Removal* was served by certified U.S. Mail, return receipt requested, and regular U.S. Mail to the parties below on November 15, 2017.

Alafia Jones
12729 Wedding
Manor, TX   78653
ajanellej@yahoo.com

  /s/ Crystal Gee Roach
Crystal Gee Roach

## LIST OF DOCUMENTS ATTACHED

A. Docket sheet from Case No. D-1-GN-17-001441, Docket Sheet and Plaintiff's Original Petition filed, all executed processes in the case, if any, all answers, if any, all orders, if any;

B. List of All Counsel of Record;

C. Notice of Filing of Notice of Removal to Federal Court filed in the 98th District Court of Travis County, Texas;

D. Disclosure Statement and Certificate of Interested Parties.